1  NANCY MCGEE, State Bar #278397
   HOMELESS ACTION CENTER
2  1432 Franklin St.
   Oakland, CA 94612
3  Phone: (510) 836-3260
   Fax: (510) 836-7690
4
5  Attorney for Plaintiff

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 | Serina Roth,                          |
12 |     Plaintiff,                        | CIVIL ACTION NO. C12-CV-4418-SI
13 |     v.                                | STIPULATION FOR EXTENSION OF
   |                                       | TIME TO FILE PLAINTIFF'S REQUEST
14 | MICHAEL J. ASTRUE,                    | FOR SUMAMRY JUDGMENT
   | Commissioner of Social Security,      |
15 |                                       |
16 |     Defendant.                        |
17

18

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to

20 the approval of the Court, that Plaintiff shall have a 2-day extension of time up through January

21 4, 2013, in which to e-file her Motion for Summary Judgment.

22

23 On January 7, 2013, Plaintiff's attorney notified Defendant' Counsel of the late filing and

24 requested that Defendant's Counsel stipulate to a continuance.  Defendant's Counsel indicated

25

that's he would agree to the stipulation.  The Plaintiff requests the Court to grant the 2-day extension.  Counsel apologizes for any inconvenience.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 7, 2013                    /s/ *Lynn Harada*
                                           *As authorized via telephone on January 7, 2013*
                                           LYNN HARADA
                                           Attorney for Defendant

Dated:  January 7, 2013                    /s/ *Nancy McGee*
                                           NANCY MCGEE
                                           Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  1/9/13

                                           _____
                                           JUDGE SUSAN ILLSTON
                                           District Court Judge
                                           Northern District of California