NANCY MCGEE, State Bar #278397
HOMELESS ACTION CENTER
1432 Franklin St.
Oakland, CA 94612
Phone: (510) 836-3260
Fax: (510) 836-7690

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Serina Roth, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. C12-CV-4418-SI |
| v. | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REQUEST FOR SUMAMRY JUDGMENT |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a 2-day extension of time up through January 4, 2013, in which to e-file her Motion for Summary Judgment.

On January 7, 2013, Plaintiff's attorney notified Defendant' Counsel of the late filing and requested that Defendant's Counsel stipulate to a continuance.  Defendant's Counsel indicated

1  that's he would agree to the stipulation.  The Plaintiff requests the Court to grant the 2-day

2  extension.  Counsel apologizes for any inconvenience.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  Dated:  January 7, 2013                    /s/ *Lynn Harada*
                                              As authorized via telephone on January 7, 2013
7                                             LYNN HARADA
                                              Attorney for Defendant

9  Dated:  January 7, 2013                    /s/ *Nancy McGee*
                                              NANCY MCGEE
10                                            Attorney for Plaintiff

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated:  1/9/13

                                              _____
13                                            JUDGE SUSAN ILLSTON
                                              District Court Judge
14                                            Northern District of California