1  MELINDA HAAG – CSBN 132612
United States Attorney
2  GRACE M. KIM – IL SBN 6203390
3  Regional Chief Counsel, Region IX
Social Security Administration
4  LYNN M. HARADA – CSBN 267616
Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
     San Francisco, California 94105
7       Telephone:  (415) 977-8977
     Facsimile:  (415) 744-0134
8       E-Mail: lynn.harada@ssa.gov
9
Attorneys for Defendant
10
## UNITED STATES DISTRICT COURT
11
## NORTHERN DISTRICT OF CALIFORNIA
12
13  SERINA ROTH,    )   Case No. 3:12-cv-04418-SI
    )
14      Plaintiff,    )   **SECOND STIPULATION TO EXTEND**
    )   **BRIEFING SCHEDULE**
15    vs.    )
    )
16  CAROLYN W. COLVIN, Acting    )
17  Commissioner of Social Security, [1]    )
    )
18      Defendant.    )
    )
19

20      TO THE HONORABLE SUSAN ILLSTON:

21      IT IS HEREBY STIPULATED, by and between the parties, through their respective

22  counsel of record, that Defendant shall have a second extension of time of 30 days to respond to

23  Plaintiff's Motion for Summary Judgment.  Counsel for Defendant requests this extension

24  because Defendant needs additional time to respond to the issues raised in Plaintiff's Motion.

25

26  _____

27  [1]    Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28  for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by
reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The current due date is April 2, 2013.  The new due date for Defendant's brief will be May 2, 2013.  Accordingly, Plaintiff's reply portion shall be due on or before June 5, 2013.  The parties further stipulate to any additional modifications to the Court's Scheduling Order that may be made necessary by this extension.

Counsel for Defendant sincerely apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: March 28, 2013        HOMELESS ACTION CENTER

BY:   _____/s/ Nancy McGee*_____
NANCY McGEE
Attorney for Plaintiff
* *By email authorization on March 28, 2013*

DATE:  March 28, 2013       MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

BY:   \_\_\_\_/s/ Lynn M. Harada_____
LYNN M. HARADA
Special Assistant United States Attorney
Attorneys for Defendant

*OF COUNSEL TO DEFENDANT*:

KEVIN G. GILL – CSBN 226819
Assistant Regional Counsel
Social Security Administration

ORDER:

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/1/13

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge