MELINDA L. HAAG – CSBN 132612
United States Attorney
GRACE M. KIM – ISBN 6203390
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA – CSBN 267616
Special Assistant United States Attorney

    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8977
    Facsimile: 415-744-0134
    E-Mail: lynn.harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERINA ROTH,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:12-cv-04418-SI<br><br>STIPULATION AND PR~~OPOSE~~D ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND REQUEST FOR ENTRY OF JUDGMENT |

    The parties, through counsel, HEREBY STIPULATE that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. Section 405(g).

    Upon remand, the Administrative Law Judge will give the claimant an opportunity for a hearing; reconsider the medical evidence in the record, providing the weight accorded to the opinions; obtain if necessary, psychological medical expert testimony to assist in determining the severity of the claimant's mental impairments; evaluate the mental impairments under Listings 12.05 and 12.06; reevaluate the claimant's credibility and subjective complaints; reassess the claimant's residual functional capacity; and obtain supplemental vocational expert testimony to

assist in determining what jobs exist for the claimant in significant numbers in the national economy given her vocational factors and residual functional capacity.

                                  Respectfully submitted,

Date: *April 26, 2013*          HOMELESS ACTION CENTER

                                  */s/ Nancy McGee*\*
                                NANCY McGEE
                                Attorney for Plaintiff
                                \*By email authorization on April 26, 2013

Date: *April 18, 2013*          MELINDA L. HAAG
                                United States Attorney
                                GRACE M. KIM
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                          By:    */s/ Lynn M. Harada*
                                LYNN M. HARADA
                                Special Assistant United States Attorney
                                Attorneys for Defendant

*OF COUNSEL TO DEFENDANT*:

KEVIN G. GILL – CSBN 226819
Assistant Regional Counsel
Social Security Administration

                                  <u>ORDER:</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/2/13                                              
                                              THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE