1  MELINDA HAAG – CSBN 132612
United States Attorney
2  GRACE M. KIM – IL SBN 6203390
Regional Chief Counsel, Region IX
3  Social Security Administration
LYNN M. HARADA – CSBN 267616
4  Special Assistant United States Attorney
    Social Security Administration
5      160 Spear Street, Suite 800
    San Francisco, California 94105
6      Telephone:   (415) 977-8977
    Facsimile:    (415) 744-0134
7      E-Mail:  lynn.harada@ssa.gov
8
Attorneys for Defendant
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SERINA ROTH, | ) | **Case No. 3:12-cv-04418-SI** |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| vs. | ) ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS AND NO CENTS ($4,400.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete

-1-

1  release from and bar to any and all claims, rights, causes of action, liens or subrogated interests
2  relating to attorney's fees and costs incurred in this action under EAJA.
3        The settlement of Plaintiff's claim for EAJA attorney fees does not preclude
4  Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security
5  Act, subject to the offset provisions of the law.

                                 Respectfully submitted,

DATE: May 22, 2013          HOMELESS ACTION CENTER

                         BY:    /s/ Nancy McGee*
                                  NANCY McGEE
                                  Attorneys for Plaintiff

                                 *By email authorization on May 22, 2013*

DATE:  May 21, 2013         MELINDA L. HAAG
                                  United States Attorney
                                  GRACE M. KIM
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         BY:    /s/ Lynn M. Harada
                                  LYNN M. HARADA
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

*OF COUNSEL TO DEFENDANT*:

KEVIN G. GILL – CSBN 226819
Assistant Regional Counsel
Social Security Administration

                                 ORDER:

IT IS SO ORDERED:

Dated: 05/23/2013               [signature]
                                 THE HONORABLE SUSAN ILLSTON
                                 United States District Judge